IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| PHAIROT HOANG,<br><br>　　　　Plaintiff.<br><br>vs.<br><br>WHIRLPOOL CORPORATION,<br><br>　　　　Defendant. | No. C10-0153<br><br>ORDER OF CASE SETTLEMENT AND CANCELLING FINAL PRETRIAL CONFERENCE AND TRIAL |

The Court is advised that this case has settled. The parties are required to comply with Local Rule 41.c.

### ORDER

IT IS THEREFORE ORDERED as follows:

1. The Final Pretrial Conference and Trial to a jury, previously scheduled for January 27, 2012 and February 21, 2012 respectively, are hereby **CANCELLED**.

2. The Clerk of Court may, for internal statistical purposes, immediately close this case.

3. Within thirty (30) days after the entry of this Order, the parties must file such documents as are required to terminate this action. If the parties fail to do so, the Clerk of Court may, after giving the parties the notice prescribed in Local Rule 41.d, enter an order dismissing the action with prejudice.

DATED this 8th day of August, 2011.

JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA