IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| PHAIROT HOANG, | Case No. 1:10-cv-00153 |
|---|---|
| Plaintiff, | |
| v. | |
| WHIRLPOOL CORPORATION, | **STIPULATED DISMISSAL WITH PREJUDICE** |
| Defendant. | |

COME NOW the parties and hereby stipulate to dismissal of the above-captioned case with prejudice.

FIEDLER & TIMMER, P.L.L.C.

*/s/ Brooke Timmer*
Paige Fiedler AT0002496
paige@employmentlawiowa.com
Brooke Timmer AT0008821
brooke@employmentlawiowa.com
2900 – 100th Street, Suite 209
Urbandale, Iowa 50322
Telephone: 515-254-1999
Facsimile: 515-254-9923
ATTORNEYS FOR PLAINTIFF

LITTLER MENDELSON

/s/ *Michael Congiu*
Adam C. Wit
Michael G. Congiu
mcongiu@littler.com
321 N. Clark Street, Suite 1000
Chicago, IL 60654
Telephone: 312-372-5520
Facsimile: 312-372-7880
ATTORNEY FOR DEFENDANT

**ELECTRONIC PROOF OF SERVICE**
I, hereby certify that on the 7th day of September, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of said filing to all CM/ECF participants.

Signature: /s/ Michael G. Congiu